IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 16-01592 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 104.8.120.129, | **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |
| Defendant. | |

Pursuant to the order allowing Malibu Media to serve a third-party subpoena on defendant's Internet service provider, Malibu Media had thirty-five days from the date on which it received defendant's identifying information to serve defendant with the complaint and summons in this action. That deadline has long passed, and plaintiff has not sought an extension of the deadline. Accordingly, this action is **DISMISSED** for lack of prosecution. Judgment will follow.

**IT IS SO ORDERED.**

Dated: September 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE