IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | |
| Plaintiff, | No. C 16-01592 WHA |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 104.8.120.129, | **JUDGMENT** |
| Defendant. | |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant John Doe Subscriber Assigned IP Address 104.8.120.129 and against plaintiff Malibu Media, LLC. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE